IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Debra Spears,                       Case No. 3:09 CV 2211

         Plaintiff,            MEMORANDUM OPINION
                                AND ORDER

    -vs-                            JUDGE JACK ZOUHARY

Commissioner of Social Security,

         Defendant.

The Court has reviewed the Report and Recommendation of the Magistrate Judge filed October 19, 2010. Under the relevant statute, 28 U.S.C. § 636(b)(1)(C):

> Within fourteen days after being served with a copy, any party may serve and file written objections to such proposed findings and recommendations as provided by rules of court. A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made.

In this case, the fourteen-day period has elapsed and no objections have been filed. The failure to file written objections constitutes a waiver of a *de novo* determination by the district court of an issue covered in the report. *United States v. Sullivan*, 431 F.3d 976, 984 (6th Cir. 2005).

The Court has reviewed the R&R (Doc. No. 13), and having found it legally and factually accurate, adopts the R&R in its entirety.

IT IS SO ORDERED.

                                              s/ *Jack Zouhary*
                                              JACK ZOUHARY
                                              U. S. DISTRICT JUDGE

                                              November 5, 2010